

RECEIVED

OCT 2 7 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 02-30043-08** |
| | | **CIVIL NO. 04-1658** |
| **VERSUS** | | |
| | * | **JUDGE JAMES** |
| **TIMOTHY NATION** | | |
| | * | **MAGISTRATE JUDGE HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's Motion to Vacate, Reduce, or Set Aside Sentence under 28 U.S.C. §2255 (Document No. 437) be **DENIED**.

THUS DONE AND SIGNED this 27 day of October, 2005, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE